STATE OF NEW JERSEY v. RODNEY JOHNSON.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. GRAVES.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE FERRANTE.

December 12, 1983.

Petition for certification denied.

FEDERAL PATER CO., INC. v. HACKENSACK MEADOWLANDS DEVELOPMENT.

December 12, 1983.

Petition for certification dismissed as moot.